**Delores HENDERSON, Plaintiff–**
**Appellant,**

v.

**COUNTY OF CUMBERLAND, operating through its Local Mental Health Authority and the Mental Health Center, Defendant–Appellee.**

No. 02–1940.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2003.

Decided April 17, 2003.

Jeffrey L. Starkweather, Pittsboro, North Carolina, for Appellant. Douglas E. Canders, Cumberland County Attorney's Office, Fayetteville, North Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Delores Henderson appeals the district court's order denying her motion to amend the complaint, under Fed.R.Civ.P. 15(c), and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Henderson v. County of Cumberland,* No. CA–01–708–5–BR (E.D.N.C. July 9, 2002). We decline to address Henderson's arguments on appeal regarding discovery and the doctrine of equitable estoppel. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (holding that issues raised for the first time on appeal will not be considered absent exceptional circumstances); *Cavallo v. Star Enter.,* 100 F.3d 1150, 1152 n. 2 (4th Cir.1996) (noting that arguments raised for the first time in appellant's reply brief are not properly before the court). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*